■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERLA NORALES, Appellant. [825 NYS2d 651]—Judgment, Supreme Court, Bronx County (Robert A. Sackett, J.), rendered on or about January 12, 2005, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Andrias, Sullivan and Sweeny, JJ.